# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CA32 | 9095699 | ROSALES | 4500 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 02/14/2025 | 18 USC 13 |

Place of Offense: NEBO COMMERCIAL GATE, MCLB, BARSTOW, CA 92311

Offense Description: Factual Basis for Charge — HAZMAT ☐
11350 (A) H/S
POSSESSION OF COCAINE

### DEFENDANT INFORMATION   Phone: ( 818 ) 445-3402

| Last Name | First Name |
|---|---|
| VORONYAK | BRANDON |

Street Address: 13 07█ ▇▇▇▇

City: VICT█ ▇▇

Drivers License: E140█ ▇▇

### VEHICLE

Tag No: 9EYB755   CA   09   █████   ████

### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

A ☒ If Box A is checked, you must appear in court. See instructions.
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT → www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | 16 |
| | Time |

X Defendant Signature: [signature]

Original - CVB Copy

*9095699*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on FEBRUARY 14, 20 25 while exercising my duties as a law enforcement officer in the CENTRAL District of CALIFORNIA

SEE ATTACHMENT

18 USC 13

The foregoing statement is based upon:
☐ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/14/2025   [signature]
Date (mm/dd/yyyy)   Officer's Signature

☒ Probable cause has been stated for the issuance of a warrant

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

CVB SCAN 04/22/2025 15:20

CVB SCAN 04/22/2025 15:21

| 9095880 |
|---|

CC32

Statement Probable Cause
(For issuance of arrest warrant of summons)

I state that on 24 February 2025 while exercising my duties as a law enforcement officer in the Central District of California. I Marine Corps Police Corporal Mario Rosales, observed a white in color sedan traveling towards the NEBO Commercial Gate of MCLB Barstow, CA. 92311. Upon approach, I noticed an odor of marijuana emitting from the vehicle.

I made contact with the driver who was identified by her California driver's license as VORONYAK, BRANDI. I contacted the Consolidated Emergency Communications Center and confirmed the validity of VORONYAK driver's license. The Consolidated Emergency Communications Center informed me that VORONYAK had a valid driver's license.

Based on my training and experience, the combination of marijuana odor and to her self-incriminating statement established probable cause to conduct a search of the vehicle. The search resulted in the discovery of:
- A personal-use amount of marijuana,
- A white powdery substance (suspected cocaine),
- Ecstasy (MDMA) pills, and
- Psychedelic mushrooms.

I then read VORONYAK, BRANDI her Miranda Rights, and she acknowledged understanding and agreed to speak with me. During our conversation, VORONYAK admitted to possessing marijuana and ecstasy.

As a result of the investigation, VORONYAK was issued four United States District Court Violation Notices for the following offenses:
1. 18 USC 13: HS 11350(A) – Possession of Cocaine,
2. 18 USC 13: HS 11350(A) – Possession of Ecstasy (MDMA),
3. 18 USC 13: HS 11350(A) – Possession of Psychedelic Mushrooms, and
4. 21 USC 844 – Simple Possession of Marijuana.

After issuing the violation notices, VORONYAK was released without further incident.

The foregoing statement is based upon

_X My personal Observation          _X_ My personal investigation

_X__ information supplied to me from my fellow officer's observations.

____ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on  02/24/2025
        Date (mm/dd/yyyy)      Officers Signature

Probable Cause has been stated for the issuance of a warrant.

Executed on _____
Date (mm/dd/yyyy)      U. S. Magistrate Judge

CVB SCAN 04/22/2025 15:21